IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00239-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN ALONSO CALDERON,

    Defendant.

and

COOL SUNSHINE HEATING & AIR CONDITIONING,

    Garnishee.

---

### ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on February 28, 2007 in this case is GRANTED.

ORDERED and entered this 2d day of May, 2007.

BY THE COURT:

_____
~~UNITED STATES DISTRICT JUDGE~~
**BOYD N. BOLAND**
United States Magistrate Judge