UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00239-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN ALONSO CALDERON,

    Defendant,

and

LBI MECHANICAL, INC.,

    Garnishee.

---

### GARNISHEE ORDER

---

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee LBI MECHANICAL INC. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

BY THE COURT:

Dated: 4/15/0_

_____
UNITED STATES MAGISTRATE JUDGE