IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00239-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JUAN ALONSO CALDERON,

    Defendant.

  and

LBI MECHANICAL, INC.,

    Garnishee.

---

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment filed on June 2, 2008 in this case is GRANTED.

ORDERED and entered this __2nd__ day of _____June____, 2008.

            BY THE COURT:

            s/Kathleen M. Tafoya
            UNITED STATES MAGISTRATE
            JUDGE